IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

      Plaintiff,                     CV F 06 0518   WMW   P

   vs.                           ORDER FINDING COMPLAINT
                                 STATES A COLORABLE CLAIM
                                 AND DIRECTING PLAINTIFF
                                 TO COMPLETE USM 285 FORMS

B. SANDERS, et al.,

      Defendants.

      Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.   Pending before the Court is the June 5, 2007, second amended complaint filed in response to the May 25, 2007, order dismissing the first amended complaint with leave to amend.

      This action stems from an incident that occurred on March 7, 2006.  The Court dismissed the original complaint on the ground that Plaintiff failed to allege specific conduct as to the named defendants.

      The court has screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Kephart, Dozer, Taylor and Sanders for excessive force, in violation of the

Eighth Amendment.

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   R. KEPHART

   G. DOZER

   M. TAYLOR

   B. SANDERS

2. The Clerk of the Court shall send plaintiff four USM-285 forms, four summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed June 5, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Five copies of the endorsed second amended complaint filed June 5, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

2

1. IT IS SO ORDERED.
2. **Dated:   February 11, 2008**                    **/s/  William M. Wunderlich**
   UNITED STATES MAGISTRATE JUDGE