1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   CEDRIC GREENE,                        1:06-cv-00518-OWW-WMW (PC)

12          Plaintiff,                     ORDER GRANTING PLAINTIFF'S FIRST
                                           MOTION TO EXTEND TIME TO FILE
13      vs.                                OBJECTIONS TO MAGISTRATE JUDGE'S
                                           FINDINGS AND RECOMMENDATIONS
14   B. SANDERS,
                                           (DOCUMENT #32)
15          Defendants.
                                           30-DAY DEADLINE
16   _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On December 18, 2008,  plaintiff filed a motion to extend time to file objections to

19   Magistrate Judge's findings and recommendations.  Good cause having been presented to the

20   court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22   any objections.

23   IT IS SO ORDERED.

24   **Dated:    January 5, 2009**              /s/  **William M. Wunderlich**
                                           UNITED STATES MAGISTRATE JUDGE
25

26

27

28