IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

    Plaintiff,                          1: 06 CV 0518 OWW WMW PC

vs.                                  ORDER RE: FINDINGS & RECOMMENDATIONS (#31)

B. SANDERS, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On November 19, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to exhaust his available administrative remedies prior to filing suit, pursuant to 42 U.S.C. § 1997 e(a). . On January 29, 2009, Plaintiff filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on November 19, 2008, are adopted in full; and

2. This action is dismissed without prejudice for Plaintiff's failure exhaust his available administrative remedies prior to filing suit. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   February 17, 2009**             /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE